**CITY OF DETROIT v. Benjamin FRUMIN, Guardian of Pauline Barahal, a Minor.**

No. 7491.

Circuit Court of Appeals, Sixth Circuit.

Dec. 18, 1936.

Rodney Baxter and Wm. J. McBrearty, both of Detroit, Mich., for appellant.

Freedman & Drexelius, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the transcript of the record from the District Court of the United States for the East-

ern District of Michigan, and was argued by counsel.

On consideration whereof, it is now here ordered and adjudged by this court that the judgment of the said District Court in this cause be, and the same is hereby, affirmed.